FILED

06/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0535

IN THE SUPREME COURT OF THE STATE OF MONTANA
Cause No. DA 21-0535

_____

FLATHEAD LAKERS INC., a Montana non-profit public benefit corporation,
AMY J. WALLER, STEVEN F. MOORE, CYNTHIA S. EDSTROM, ADELE
ZIMMERMAN, MARTIN FULSAAS and GAIL A. WATSON-FULSAAS,
LAUREL FULLERTON, ALAN and DEIRDRE COIT, and FRANK M.
WOODS,

               Petitioners/Appellees,

WATER FOR FLATHEAD'S FUTURE,

               Intervenor/Appellee,

   v.

MONTANA DEPARTMENT OF NATURAL RESOURCES AND
CONSERVATION

               Respondent/Appellant,

and

MONTANA ARTESIAN WATER COMPANY,

               Respondents/Appellants.

_____

On Appeal from the Montana First Judicial District Court, Lewis and Clark County
Honorable Kathy Seeley Presiding
Cause No. CDV-2018-135

_____

**ORDER**

_____

      Upon consideration of Appellees' motion for an extension of time, made
pursuant to M.R.App.P., Rule 26, and good cause appearing.

      IT IS HEREBY ORDERED that Appellees are granted a 30-day extension
from the current deadline of June 12, 2022, within which to file its answer brief,

which will also include their cross-appeal argument. Appellees brief is now due on or before July 12, 2022

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 9 2022